IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 6 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-CV-02451-bnb

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JAM RAF 'TONY' MUINA,

    Plaintiff,

v.

THE KKK ST JOER PAPER CO AND CO OF JACKSONVILLE FLORIDA,
EDNA AND JESSICA BALL,
PETER RUMELLE,
THE WHITE HOUSE OF GEORGE HW BUSH,
GEORGE W. BUSH,
CIA PORTER GOSS,
GENERAL HAIDEN GG, GF, GGF,
COCOMEPTING AGENTS,
WILIAM STAFFORD,
DEBBIDE LOWE,
"MISS FLOYDA MICHELLE LISTERS THE MENGELES",
DEBBDIE LISTER,
BARBARA LISTER,
JUDI LISTER,
JANE PAULEY,
JACK WELSH,
RON RICE,
AMY B. EHRLCIH,
MICHAEL EGGAN,
ST PATRICK CATHEDRAL,
MICHAEL BLOOMBERG,
KIMBERLY, and
JUDI AND BOB LEBSOCK G, GG, GGF,

    Defendants.

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

Plaintiff has submitted an Attestation to Proceed In Forma Pauperis, and a document titled "Motion for Criminal and Civil Contempt of Court Bestial Retaliation at the Action fo File, Severe Violation of all of the Plaintiff Civil and Constitutional Rights Motion for Exigent Sanction and Discovery to so Expose Such Ongoing Violations and Attempts to Biologicaly [sic] Assault and Torture Wqith [sic] Intent to So Murder as in Plaintiff Wife and Brother Instances".  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order.  Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) _X_ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint or Petition:**
(10) _X_ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the Plaintiff
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.

(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 6th day of December, 2006.

BY THE COURT:

_Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 02451** - BnB

Jam Raf 'Tony' Muina
150 W. 141 Street
Apt. 1-D
New York, NY 10030

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and the Complaint form** to the above-named individuals on _12-6-06_

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk